BEFORE THE THIRD DIVISION, JUNE 26, 1946

**No. 51208.**—Protests 109828–K, etc., of Sullivan & Kennedy et al. (Buffalo).

Opinion by Cline, J. An examination of the record failing to disclose any reason for disturbing the action of the collector, the protests were overruled.